UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                          §
                                §
                                §
KIM, HAN JAE                    §   Case No. 11-38408
KIM, MEE HI                     §
                                §
                                §
            Debtor(s)           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                  .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/05/2012 and the deadline for filing governmental claims was 04/05/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.08 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,750.08 , for a total compensation of $ 2,750.08 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 36.36 , for total expenses of $ 36.36 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/30/2014                    By: /s/ John E. Cohen
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-38408 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | KIM, HAN JAE | | Date Filed (f) or Converted (c): | 09/21/11 (f) |
| | KIM, MEE HI | | 341(a) Meeting Date: | 10/21/11 |
| For Period Ending: 04/30/14 | | | Claims Bar Date: | 04/05/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING | 432.17 | 0.00 | | 0.00 | FA |
| 3. SAVINGS | 38,024.02 | 38,024.02 | | 20,000.00 | FA |
| 4. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 5. APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. VEHICLE | 28,200.00 | 4,000.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT | 2,415.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.76 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $70,171.19 | $42,024.02 | | $20,000.76 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE FILED MOTION FOR TURNOVER OF CASH ON HAND. DEBTOR THEN FILED A MOTION TO DISMISS WHICH THE TRUSTEE HAS OBJECTED
TO. DEBTOR DIDNT TURNOVER FUNDS ON HAND AND THERE IS A PENDING MOTION FOR CIVIL CONTEMPT. TRUSTEE AND THE DEBTOR HAVE
AGREED TO A $20,000.00 SETTLEMENT. THE SETTLEMENT AMOUNT HAS FINALLY PAID BY THE DEBTOR.
TRUSTEE IS IN THE PROCESS OF PREPARING HIS FINAL REPORT - January 15, 2014. TRUSTEE IS SUBMITTING HIS TDR AND RELATED
DOCUMENTS TO THE UST FOR REVIEW - May 02, 2014.

Initial Projected Date of Final Report (TFR): 03/31/14     Current Projected Date of Final Report (TFR): 03/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-38408 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KIM, HAN JAE | | Bank Name: | ASSOCIATED BANK |
| | KIM, MEE HI | | Account Number / CD #: | *******2168 Checking Account |
| Taxpayer ID No: | *******6497 | | | |
| For Period Ending: | 04/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 19,901.76 | | 19,901.76 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.27 | 19,889.49 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.67 | 19,876.82 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.25 | 19,864.57 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.65 | 19,851.92 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.51 | 19,822.41 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 20.87 | 19,801.54 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.62 | 19,774.92 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.41 | 19,745.51 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.41 | 19,717.10 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.31 | 19,687.79 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.33 | 19,659.46 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.23 | 19,630.23 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.18 | 19,601.05 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.20 | 19,572.85 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.10 | 19,543.75 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.12 | 19,515.63 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.01 | 19,486.62 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.97 | 19,457.65 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.13 | 19,431.52 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 28.22 | 19,403.30 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.89 | 19,374.41 |

Page Subtotals  19,901.76  527.35

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 11-38408 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KIM, HAN JAE | Bank Name: | ASSOCIATED BANK |
|  | KIM, MEE HI | Account Number / CD #: | *******2168 Checking Account |
| Taxpayer ID No: | *******6497 |  |  |
| For Period Ending: | 04/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | 19,901.76 | 527.35 | 19,374.41 |
|  | Less: Bank Transfers/CD's | 19,901.76 | 0.00 |  |
| Subtotal |  | 0.00 | 527.35 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
| Net |  | 0.00 | 527.35 |  |

Page Subtotals   0.00   0.00

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-38408 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KIM, HAN JAE | | Bank Name: | BANK OF AMERICA, N.A. |
| | KIM, MEE HI | | Account Number / CD #: | *******2206 BofA - Money Market Account |
| Taxpayer ID No: | *******6497 | | | |
| For Period Ending: | 04/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/12 | 3 | HAN JAE KIM & MEE HI KIM | Proceeds from bank accounts | 1129-000 | 20,000.00 | | 20,000.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 20,000.10 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,000.27 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.41 | 19,974.86 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,975.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.74 | 19,951.28 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,951.45 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.17 | 19,925.28 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 19,925.44 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 23.68 | 19,901.76 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 19,901.76 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 20,000.76 | 20,000.76 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 19,901.76 | |
| Subtotal | | 20,000.76 | 99.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 20,000.76 | 99.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2168 | 0.00 | 527.35 | 19,374.41 |
| BofA - Money Market Account - ********2206 | 20,000.76 | 99.00 | 0.00 |
| | 20,000.76 | 626.35 | 19,374.41 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 20,000.76 20,000.76

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 11-38408 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KIM, HAN JAE | | Bank Name: | BANK OF AMERICA, N.A. |
| | KIM, MEE HI | | Account Number / CD #: | *******2206  BofA - Money Market Account |
| Taxpayer ID No: | *******6497 | | | |
| For Period Ending: | 04/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********2168

BofA - Money Market Account - ********2206

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 02, 2014 |
|---|---|---|---|---|---|---|

| Case Number: | 11-38408 | Claim Type Sequence |
|---|---|---|
| Debtor Name: | KIM, HAN JAE | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,786.44 | $2,786.44 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $49.09 | $49.09 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for the Trustee<br>105 West Madison<br>Chicago, IL 60602 | Administrative | | $0.00 | $6,065.75 | $6,065.75 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $3,223.73 | $3,223.73 |
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $2,732.48 | $2,732.48 |
| 000003<br>070<br>7100-00 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $3,397.22 | $3,397.22 |
| 000004<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $500.00 | $500.00 |
| 000005<br>070<br>7100-00 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $2,280.03 | $2,280.03 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $188.58 | $188.58 |
| 000007<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $333.81 | $333.81 |
| 000008<br>070<br>7100-00 | US Bank N.A.<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | Unsecured | | $0.00 | $501.87 | $501.87 |

| Page 2 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 02, 2014 |
|---|---|---|---|---|---|---|

Case Number: 11-38408  Claim Type Sequence
Debtor Name: KIM, HAN JAE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $22,059.00 | $22,059.00 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-38408
Case Name: KIM, HAN JAE
  KIM, MEE HI
Trustee Name: JOSEPH E. COHEN

   Balance on hand             $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for the Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses    $_____

  Remaining Balance                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

NONE

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -) 294 Union St. Hackensack, NJ 07601 | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -) 294 Union St. Hackensack, NJ 07601 | $ | $ | $ |
| 000003 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -) 294 Union St. Hackensack, NJ 07601 | $ | $ | $ |
| 000004 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |
| 000005 | Chase Bank USA NA PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000008 | US Bank N.A.<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE