# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
KIM, HAN JAE § Case No. 11-38408
KIM, MEE HI §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 07/11/2014 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
Clerk, U.S. Bankruptcy Court

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| KIM, HAN JAE | § | Case No. 11-38408 |
| KIM, MEE HI | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| The Final Report shows receipts of | $ | 20,000.76 |
|---|---|---|
| and approved disbursements of | $ | 626.35 |
| leaving a balance on hand of[1] | $ | 19,374.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,750.08 | $ 0.00 | $ 2,750.08 |
| Trustee Expenses: JOSEPH E. COHEN | $ 36.36 | $ 0.00 | $ 36.36 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for the Trustee | $ 6,065.75 | $ 0.00 | $ 6,065.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 49.09 | $ 49.09 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 8,852.19 |
|---|---|
| Remaining Balance | $ 10,522.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Case 11-38408   Doc 71   Filed 06/03/14   Entered 06/05/14 23:42:04   Desc Imaged
              Certificate of Notice    Page 3 of 7

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,157.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 80.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -) 294 Union St. Hackensack, NJ 07601 | $ 3,223.73 | $ 0.00 | $ 2,578.01 |
| 000002 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -) 294 Union St. Hackensack, NJ 07601 | $ 2,732.48 | $ 0.00 | $ 2,185.16 |
| 000003 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -) 294 Union St. Hackensack, NJ 07601 | $ 3,397.22 | $ 0.00 | $ 2,716.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 500.00 | $ 0.00 | $ 399.85 |
| 000005 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 2,280.03 | $ 0.00 | $ 1,823.34 |
| 000006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 188.58 | $ 0.00 | $ 150.81 |
| 000007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 333.81 | $ 0.00 | $ 266.95 |
| 000008 | US Bank N.A.<br>Bankruptcy Department<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | $ 501.87 | $ 0.00 | $ 401.34 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 10,522.22 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-38408-ABG
Han Jae Kim                                                     Chapter 7
Mee Hi Kim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Jun 03, 2014
                              Form ID: pdf006          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2014.
```
db         #+Han Jae Kim,    353 Kildeer Lane,    Deerfield, IL 60015-3687
jdb        #+Mee Hi Kim,    353 Kildeer Lane,    Deerfield, IL 60015-3687
aty         +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,     Chicago, IL 60602-4600
aty         +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,     Chicago, IL 60602-4600
17822806    +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
18338715    +Atlas Acquisitions LLC (Chase Bank USA, N.A. -),     294 Union St.,    Hackensack, NJ 07601-4303
21475516    +Bank of America, N.A.,     c/o The Wirbicki Law Group, LLC,    33 W. Monroe St., Ste.1140,
              Chicago, IL 60603-5332
17822807    +Blatt, Hasenmiller, Leibsker & Moore LLC,    125 South Wacker Dr. Suite 400,
              Chicago, IL 60606-4440
17822808   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,     Po Box 85520,    Richmond, VA  23285)
18382900     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
17822809    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18381808     Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
17822810    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
17822811    +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
17822813   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc Bank,    Po Box 52530,    Carol Stream, IL  60196)
17822814   ++HYUNDAI MOTOR FINANCE COMPANY,    PO BOX 20809,    FOUNTAIN VALLEY CA 92728-0809
             (address filed with court: Hyundai Motor Finance,     10550 Talbert Ave,
              Fountain Valley, CA  92708)
17822815    +Inghlding,   1 South Orange Street,    Wilmington, DE 19801-5006
17822802    +Kim Han Jae,    353 Kildeer Lane,    Deerfield, IL 60015-3687
17822803    +Kim Mee Hi,    353 Kildeer Lane,    Deerfield, IL 60015-3687
17879719    +Northland Group Inc,    POB 390905,    Minneapolis, MN 55439-0905
18540918   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
              CINCINNATI, OH 45201-5229)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17822805       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 04 2014 01:17:49      American Honda Finance,
                 2170 Point Blvd Ste 100,    Elgin, IL  60123
17951443      +E-mail/Text: bnc@atlasacq.com Jun 04 2014 01:16:30      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
18345814       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 04 2014 01:22:20      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
17822812      +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 04 2014 01:22:20      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
20731132       E-mail/PDF: rmscedi@recoverycorp.com Jun 04 2014 01:21:47      GE Capital Retail Bank,
                 Attn: Ramesh Singh,    c/o Recovery Management Systems Corp,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
17879718      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 04 2014 01:16:37      Kohls,    POB 3043,
                 Milwaukee, WI 53201-3043
17822816      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2014 01:24:14
                 Lvnv Funding Llc (original Creditor,    Po Box 740281,    Houston, TX 77274-0281
20722547       E-mail/PDF: rmscedi@recoverycorp.com Jun 04 2014 01:24:23
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19574864      THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
18604635*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,     Bankruptcy Department,    PO Box 5229,
              Cincinnati, OH 45201-5229)
17822817*   ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,     4325 17th Ave S,    Fargo, ND  58125)
17822804   ##+IBT Laws LLC,    1245 Milwaukee Ave #101,    Glenview, IL 60025-2400
                                                                                   TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: ccabrales          Page 2 of 2          Date Rcvd: Jun 03, 2014
                              Form ID: pdf006          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2014 at the address(es) listed below:

```
              David J Frankel     on behalf of Creditor    Hyundai Motor Finance Company
               dfrankel@sormanfrankel.com, bbehanna@sormanfrankel.com
              E. Philip Groben     on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen     on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen     on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen, Tr.     on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Keith Levy     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
              Michael Dimand     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-7
               mdimand@aol.com, bankruptcyfilings@wirbickilaw.com
              Myeoung H Lee     on behalf of Debtor Han Jae Kim ibtlaws@gmail.com, irene@ibtlaws.com
              Myeoung H Lee     on behalf of Joint Debtor Mee Hi Kim ibtlaws@gmail.com, irene@ibtlaws.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 11
```