# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KIM, HAN JAE | § | Case No. 11-38408 |
| KIM, MEE HI | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on             . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL, ATTORNEYS FOR THE TRU | | | | | |
| JOSEPH E. COHEN, ATTORNEY FOR TRUST | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | ATLAS ACQUISITIONS LLC (CHASE BANK | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC (CHASE BANK | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (CHASE BANK | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CHASE BANK USA NA | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000008 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

Case No:         11-38408      ABG    Judge: A. BENJAMIN GOLDGAR
Case Name:       KIM, HAN JAE
                 KIM, MEE HI
For Period Ending: 08/13/14

Trustee Name:                        JOSEPH E. COHEN
Date Filed (f) or Converted (c):     09/21/11 (f)
341(a) Meeting Date:                 10/21/11
Claims Bar Date:                     04/05/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | CASH | 100.00 | 0.00 | | 0.00 | FA |
| 2. | CHECKING | 432.17 | 0.00 | | 0.00 | FA |
| 3. | SAVINGS | 38,024.02 | 38,024.02 | | 20,000.00 | FA |
| 4. | HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 5. | APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. | VEHICLE | 28,200.00 | 4,000.00 | | 0.00 | FA |
| 7. | OFFICE EQUIPMENT | 2,415.00 | 0.00 | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.76 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $70,171.19        $42,024.02        $20,000.76        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE FILED MOTION FOR TURNOVER OF CASH ON HAND.  DEBTOR THEN FILED A MOTION TO DISMISS WHICH THE TRUSTEE HAS OBJECTED TO.  DEBTOR DIDNT TURNOVER FUNDS ON HAND AND THERE IS A PENDING MOTION FOR CIVIL CONTEMPT.  TRUSTEE AND THE DEBTOR HAVE AGREED TO A $20,000.00 SETTLEMENT.  THE SETTLEMENT AMOUNT HAS FINALLY PAID BY THE DEBTOR.
TRUSTEE IS IN THE PROCESS OF PREPARING HIS FINAL REPORT - January 15, 2014.  TRUSTEE IS SUBMITTING HIS TDR AND RELATED DOCUMENTS TO THE UST FOR REVIEW - May 02, 2014.

Initial Projected Date of Final Report (TFR): 03/31/14        Current Projected Date of Final Report (TFR): 03/31/14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 11-38408  -ABG | | Trustee Name: | JOSEPH E. COHEN | |
| Case Name: | KIM, HAN JAE | | Bank Name: | ASSOCIATED BANK | |
| | KIM, MEE HI | | Account Number / CD #: | *******2168  Checking Account | |
| Taxpayer ID No: | *******6497 | | | | |
| For Period Ending: | 08/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 19,901.76 | | 19,901.76 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.27 | 19,889.49 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.67 | 19,876.82 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.25 | 19,864.57 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.65 | 19,851.92 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.51 | 19,822.41 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 20.87 | 19,801.54 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.62 | 19,774.92 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.41 | 19,745.51 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.41 | 19,717.10 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.31 | 19,687.79 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.33 | 19,659.46 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.23 | 19,630.23 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.18 | 19,601.05 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.20 | 19,572.85 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.10 | 19,543.75 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.12 | 19,515.63 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.01 | 19,486.62 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.97 | 19,457.65 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.13 | 19,431.52 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 28.22 | 19,403.30 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.89 | 19,374.41 |

Page Subtotals          19,901.76          527.35

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
Case No:          11-38408  -ABG
Case Name:        KIM, HAN JAE
                  KIM, MEE HI
Taxpayer ID No:   *******6497
For Period Ending: 08/13/14

Trustee Name:        JOSEPH E. COHEN
Bank Name:           ASSOCIATED BANK
Account Number / CD #:  *******2168  Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/16/14 | 300003 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Trustee Compensation | | | 2,786.44 | 16,587.97 |
| | | | Fees          2,750.08 | 2100-000 | | | |
| | | | Expenses        36.36 | 2200-000 | | | |
| 07/16/14 | 300004 | COHEN & KROL, Attorneys for the Trustee<br>105 West Madison<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 4,043.83 | 12,544.14 |
| 07/16/14 | 300005 | JOSEPH E. COHEN, ATTORNEY FOR TRUSTEE<br>105 W. Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 2,021.92 | 10,522.22 |
| 07/16/14 | 300006 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 79.96979% | 7100-000 | | 2,578.01 | 7,944.21 |
| 07/16/14 | 300007 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000002, Payment 79.96984% | 7100-000 | | 2,185.16 | 5,759.05 |
| 07/16/14 | 300008 | Atlas Acquisitions LLC (Chase Bank USA, N.A. -)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000003, Payment 79.97009% | 7100-000 | | 2,716.76 | 3,042.29 |
| 07/16/14 | 300009 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000004, Payment 79.97000% | 7100-000 | | 399.85 | 2,642.44 |
| 07/16/14 | 300010 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 79.97000% | 7100-000 | | 1,823.34 | 819.10 |
| 07/16/14 | 300011 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 79.97136% | 7100-000 | | 150.81 | 668.29 |

Page Subtotals                    0.00        18,706.12

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-38408  -ABG |
| Case Name: | KIM, HAN JAE |
| | KIM, MEE HI |
| Taxpayer ID No: | *******6497 |
| For Period Ending: | 08/13/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2168  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/16/14 | 300012 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Claim 000007, Payment 79.97064% | 7100-000 | | 266.95 | 401.34 |
| 07/16/14 | 300013 | US Bank N.A. Bankruptcy Department PO Box 5229 Cincinnati, OH 45201-5229 | Claim 000008, Payment 79.96892% (8-1) money loaned-4328 | 7100-000 | | 401.34 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 19,901.76 | 19,901.76 | 0.00 |
| Less:  Bank Transfers/CD's | 19,901.76 | 0.00 | |
| Subtotal | 0.00 | 19,901.76 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 19,901.76 | |

Page Subtotals        0.00        668.29

Ver: 18.00b

FORM 2                                                                                                          Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit 9

Case No:          11-38408  -ABG                    Trustee Name:           JOSEPH E. COHEN
Case Name:        KIM, HAN JAE                      Bank Name:              BANK OF AMERICA, N.A.
                  KIM, MEE HI                        Account Number / CD #:   *******2206  BofA - Money Market Account
Taxpayer ID No:   *******6497
For Period Ending: 08/13/14                          Blanket Bond (per case limit):  $  5,000,000.00
                                                     Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/12 | 3 | HAN JAE KIM & MEE HI KIM | Proceeds from bank accounts | 1129-000 | 20,000.00 | | 20,000.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 20,000.10 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,000.27 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.41 | 19,974.86 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,975.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.74 | 19,951.28 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,951.45 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.17 | 19,925.28 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 19,925.44 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 23.68 | 19,901.76 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 19,901.76 | 0.00 |

|  | | COLUMN TOTALS | 20,000.76 | 20,000.76 | 0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | 0.00 | 19,901.76 | |
| | | Subtotal | 20,000.76 | 99.00 | |
| | | Less: Payments to Debtors | 0.00 | | |
| | | Net | 20,000.76 | 99.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2168 | 0.00 | 19,901.76 | 0.00 |
| BofA - Money Market Account - *******2206 | 20,000.76 | 99.00 | 0.00 |
| | ------------------- | ------------------- | ------------------- |
| | 20,000.76 | 20,000.76 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

                                            Page Subtotals        20,000.76        20,000.76

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-38408  -ABG |
| Case Name: | KIM, HAN JAE |
| | KIM, MEE HI |
| Taxpayer ID No: | *******6497 |
| For Period Ending: | 08/13/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2206  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *******2168

BofA - Money Market Account - *******2206

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*